CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 21 2008
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> VARIOUS DEFENDANTS. ) <br> ) | Civil Action No. 7:08-cv-00137; 7:08-cv-00175; <br> 7:08-cv-00176; 7:08-cv-00177; 7:08-cv-00178; <br> 7:08-cv-00179; 7:08-cv-00180; 7:08-cv-00181; <br> 7:08-cv-00182; 7:08-cv-00183; 7:08-cv-00184; <br> 7:08-cv-00185; 7:08-cv-00186 <br> <br> **FINAL ORDER** <br> <br> By: Samuel G. Wilson <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that

1. Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g);

2. Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3. The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 2/4 day of February, 2008.

_____
United States District Judge

Dockets.Justia.com